DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.T.,** a child,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-2018

[June 14, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Victoria L. Griffin, Judge; L.T. Case No. 312016CJ000339A.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and KUNTZ, JJ., and FAHNESTOCK, FABIENNE, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***